# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 25, 2015, the cause upon appeal to revise or reverse your judgment between

Melissa Broquet and John Broquet, Appellant

V.

Walter Mortgage Company, Appellee

No. 04-14-00707-CV and Tr. Ct. No. DC-12-60-A

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00707-CV

**Melissa Broquet and John Broquet**

**v.**

**Walter Mortgage Company**

(NO. DC-12-60-A IN 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | HECTOR P. GONZALEZ |
| MOTION FEE | $10.00 | E-PAID | HECTOR GONZALEZ |
| MOTION FEE | $10.00 | E-PAID | HECTOR P. GONZALEZ |
| REPORTER'S RECORD | $224.00 | PAID | PLAINTIFFS |
| MOTION FEE | $10.00 | E-PAID | HECTOR GONZALEZ |
| INDIGENT | $25.00 | PAID | MELISSA  BROQUET |
| STATEWIDE EFILING FEE | $20.00 | PAID | MELISSA BROQUET |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | MELISSA BROQUET |
| FILING | $100.00 | PAID | MELISSA BROQUET |
| MOTION FEE | $10.00 | E-PAID | AUDREY  VICKNAIR |
| CLERK'S RECORD | $335.00 | UNKNOWN | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 3, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853